**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KAROLE ELLERBEE,

                Plaintiff,                          24 **CIVIL** 6073 (OTW)

      -v-                                 **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 1, 2024, the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. The parties further stipulate that on remand, the Appeals Council will instruct the administrative law judge to further develop the record, consider whether 20 C.F.R. § 416.962(b) applies to this case, and offer Plaintiff the opportunity for a hearing.

**Dated:** New York, New York
           November 1, 2024

                                                        **DANIEL ORTIZ**
                                                **Acting Clerk of Court**

                                **BY:**    *K. Mango*

                                                          **Deputy Clerk**